IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| CHARLES D. ULBRICHT, | ) |
| Plaintiff, | ) |
| v. | ) No. 09-CV-3203 |
| CROWN CORK AND SEAL CO., | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On August 12, 2009, *pro se* Plaintiff filed his Complaint herein and all filing fees have been paid in full. However, Plaintiff has not taken steps to perfect service on Defendant. Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the Complaint. On December 11, 2009, the 120 days for service lapsed. *Pro se* Plaintiff was reminded of the 120-day rule by this Court's text order of January 5, 2010 and advised if service was not perfected, the case was subject to dismissal for want of prosecution. Plaintiff was directed to file a status report by January 20, 2010 to show cause why the case should not be dismissed. As of this date, *pro se* Plaintiff has failed to submit a status

report or to comply with Rule 4(m).  The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen (14) days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his listed address.


ENTER:    January 26, 2010

    FOR THE COURT:          *s/ Byron G. Cudmore*
                                            _____
                                                BYRON G. CUDMORE
                                        UNITED STATES MAGISTRATE JUDGE